UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT BRAKEFIELD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | NO: 2:14-cv-00201-SAB<br><br>ORDER TO DISMISS COMPLAINT |

Plaintiff brought a *pro se* claim against Defendant on June 19, 2014. ECF No. 1.  By separate Order, the Court granted Plaintiff leave to proceed *in forma pauperis*. ECF No. 3. On July 24, 2014, this Court issued an Order to Amend Complaint. ECF No. 7. The Order provided sixty (60) days for the Plaintiff to amend his complaint in order to properly state a claim upon which relief may be granted.

Significantly longer than sixty days have elapsed since that order and Plaintiff has not filed an amended complaint or any other document with the Court. As a result, the above-captioned case is **DISMISSED** for failure to state a claim

ORDER TO DISMISS COMPLAINT ~ 1

under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). In light of Plaintiff's *in forma pauperis* status, this case is dismissed **without prejudice**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 17th day of November 2014.



_____
Stanley A. Bastian
United States District Judge

ORDER TO DISMISS COMPLAINT ~2